# United States District Court
# For The Western District of North Carolina
# Charlotte Division

United States of America,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:06cv84 & 3:03cv16-2-V

Kevin Deshawn Barlow,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/5/2006 Order.

                                                  FRANK G. JOHNS, CLERK

September 5, 2006

                                                  BY: Jeanie Koechley, Deputy Clerk