UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cv-00084-FDW
(3:03-cr-16-FDW-2)

| | |
|---|---|
| KEVIN DESHAWN BARLOW, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ) </br> UNITES STATES OF AMERICA, ) </br> ) </br> Defendant. ) </br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's letter [Doc. 16], which the Court construes as a motion to seal Petitioner's Section 2255 Motion to Vacate and sentencing transcript.

On review of Petitioner's Section 2255 Motion to Vacate [Doc. 1], the Court sees nothing related to the concerns Petitioner expresses in his motion. The Court, therefore, will deny Petitioner's motion to seal. As for Petitioner's motion to seal his sentencing transcript, any motions to seal documents in his related criminal proceedings, Criminal Case No. 3:03-cr-00016-FDW-2, including Petitioner's sentencing transcript, must be filed in that case.

**IT IS, THEREFORE, ORDERED** that:

Petitioner's motion to seal [Doc. 16] is **DENIED**.

Signed: June 27, 2019

_____
Frank D. Whitney
Chief United States District Judge